Megan Ann Dailey, CA Bar No. 221574
Law Office of Megan Dailey
805 Maine Ave
Richmond, CA 94804
(415) 794-4479
Saveyourhouse70@gmail.com
Attorney for Plaintiff
SHWURONG LEE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

|  |  |
|---|---|
| SHWURONG LEE, | Case No:  3:16-cv-05094-JST |
| Plaintiff, | Assigned to:  Hon. Jon S. Tigar |
| v. | STIPULATION |
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK N.A. AS TRUSTEE OF MASTR ADJUSTABLE RATE MORTGAGES TRUST 2004-7; JPMORGAN CHASE BANK, N.A.; MTC FINANCIAL, INC.; AND DOES 1-100, INCLUSIVE, Defendants. | Fed. R. Civ. Proc. 54; Civil Local Rule 7-12 |

TO ALL COUNSEL AND THIS HONORABLE COURT:

WHEREAS, the time for THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK N.A. AS TRUSTEE OF MASTR ADJUSTABLE RATE MORTGAGES TRUST 2004-7 AND JPMORGAN CHASE BANK, N.A. to file a bill of costs and a motion for attorney's fees expires 14 days from entry of judgment on March 10, 2017;

STIPULATION
1

WHEREAS, SHWURONG LEE has submitted a request for short-sale approval on March 23, 2017 including a new fully executed Residential Purchase Agreement and Joint Escrow Instructions also dated March 23, 2017 to Counsel for THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK N.A. AS TRUSTEE OF MASTR ADJUSTABLE RATE MORTGAGES TRUST 2004-7 AND JPMORGAN CHASE BANK, N.A.;

IT IS STIPULATED AGREED THAT Counsel for Plaintiff SHWURONG LEE and Defendants THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK N.A. AS TRUSTEE OF MASTR ADJUSTABLE RATE MORTGAGES TRUST 2004-7 AND JPMORGAN CHASE BANK, N.A. agree to entry of an order extending the time for Defendants THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK N.A. AS TRUSTEE OF MASTR ADJUSTABLE RATE MORTGAGES TRUST 2004-7 AND JPMORGAN CHASE BANK  to file a bill of costs and a motion for attorney's fees pursuant to Federal Rules of Civil Procedure, Rule 54, for those costs and fees allowable by Rule 54 until July 28, 2017, unless continued further by the Court on a showing of good cause.

///

Dated: March 23, 2017          */s/ Megan Ann Dailey*
                               Counsel for Plaintiff SHWURONG LEE

STIPULATION
2

Dated:  March 23, 2017      */s/ Mariel Gerlt-Ferraro*
Counsel for Defendants THE BANK OF NEW YORK
MELLON FKA THE BANK OF NEW YORK AS
SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK
N.A. AS TRUSTEE OF MASTR ADJUSTABLE RATE
MORTGAGES TRUST 2004-7;  JPMORGAN CHASE
BANK, N.A.

## ORDER

The above STIPULATION is approved for this case and all parties shall comply with its

provisions.

IT IS SO ORDERED.

Dated:   March 23, 2017                    _____
                                           Hon. Judge Jon S. Tigar

STIPULATION
3