# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHWURONG LEE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK N.A. AS TRUSTEE OF MASTR ADJUSTABLE RATE MORTGAGES TRUST 2004-7; JPMORGAN CHASE BANK, N.A.; MTC FINANCIAL INC.; AND DOES 1-100, INCLUSIVE,<br><br>　　　　Defendants. | **CASE NO.:** 16-CV-05094-JST<br><br>**[PROPOSED] ORDER ON JOINT STIPULATION TO EXTEND FILING DEADLINE FOR BILL OF COSTS AND MOTION FOR ATTORNEYS' FEES**<br><br>**ACTION FILED:**　　September 2, 2016 |

Having considered the stipulation by and between plaintiff Shwurong Lee and defendants JPMorgan Chase Bank, N.A., ("Chase") and The Bank of New York Mellon FKA The Bank of New York as Successor Trustee to JPMorgan Chase Bank National Association as Trustee for MASTR Adjustable Rate Mortgages Trust 2004-7 ("BNY," and collectively, "Defendants"), for an order to continue Defendants' filing deadline for the bill of costs and motion for attorneys' fees, and good cause appearing therefrom, IT IS HEREBY ORDERED THAT:

　　1. The stipulation is approved;

///

///

2. Defendants' deadline to file their bill of costs and motion for attorneys' fees in the above-captioned matter is hereby extended to September 26, 2017.

IT IS SO ORDERED.

Dated: July 10, 2017

_____
Hon. Jon S. Tigar
United States District Judge